UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
GRAHAM, GERALD E.
GRAHAM, JUDY L.
     Debtor(s),                                         No. 05-15432-s7

**REPORT TO THE COURT OF UNCLAIMED FUNDS
TO BE DEPOSITED INTO THE COURT REGISTRY**

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the

Court that I will deposit the total sum of $143.89 with the Clerk of the Court for

transmission to the United States Treasury.  These monies represent unclaimed funds.

All known names and addresses of the entities and the amount which they are entitled

to be paid are listed here:

     MBNA America                           $143.89
     PO Box 15168 MS 1423
     Wilmington, DE 19850

                              Filed electronically
                              Philip J. Montoya
                              Chapter 7 Trustee
                              P.O. Box 159
                              Albuquerque, NM 87103
                              Tel: (505) 244-1152
                              Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's
Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 17th day of February,
2010.

                              Filed electronically
                              Philip J. Montoya